UNITED STATES BANKRUPTCY COURT
Northern District of Illinois . Western Division

IN RE:                                                       CHAPTER 13

DENISE M. KUZNIEWSK                    CASE NO. 13-82613

## NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor:**     First Merit Bank fka Citizens Bank     **Court claim #: 3**

**Last four digits** of any number used to identify the debtor's account: 2879

---

*Final Amount Paid*

Amount Paid by Trustee thru Plan      $11,750.00

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☒     Thru the Chapter 13 Plan         ☐     Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  7/11/17                          /s/Lydia S. Meyer
                                                  Lydia S. Meyer, Trustee
                                                  308 W. State St., Suite 212
                                                  Rockford, IL  61101

Certificate of Service

    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 11th Day of July, 2017.

Dated:  7/11/17                          /s/Cynthia K. Burnard

FIRSTMERIT BANK fka CITIZENS BANK
101 N WAHSINGTON
SAGINAW, MI 48607

FIRST MERIT BANK
328 S. SAGINAW ST.
FLINT, MI  48502

DENISE M. KUZNIEWSKI
2804 ROSE AVENUE
MCHENRY, IL  60050

ATTORNEY STEVEN J. BRODY
15 W. WOODSTOCK STREET
CRYSTAL LAKE, IL  60014-4209